

FILED
NOV 22 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>David Michael Marin, et al.,<br><br>               Defendants. | CASE NO. 1:19-MJ-00211-SKO<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Criminal Complaint be unsealed and become public record.

DATED: 11/22/19

_____
HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE