HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID MICHAEL MARIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS JAVIER FELIX LOPEZ;<br>DAVID MICHAEL MARIN; and<br>ARMANDO ACOSTA TORO<br><br>Defendants. | Case No. 1:19-cr-00256-JLT-SKO<br><br>**STIPULATION TO VACATE TRIAL AND SET BRIEFING SCHEDULE AND HEARING DATE; ORDER**<br><br>Date:   January 30, 2024<br>Time:  8:30 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff; Assistant Federal Defender Eric V. Kersten, counsel for David Marin; Ernest Lutz, counsel for Carlos Felix Lopez; and Kevin Rooney, counsel for Armando Acosta Toro, that the October 3, 2023 trial date may be continued to January 30, 2024. IT IS FURTHER STIPULATED that a briefing schedule and hearing date be set for defendant David Marin's motion to suppress and other possible defense motions in accordance with the schedule below. There is good cause to continue the trial date as set forth below.

1. The thirteen count Indictment charges each defendant with multiple counts of conspiracy to distribute a controlled substance; possession of a controlled substance with intent to distribute; and/or distribution of a controlled substance. Marin is charged in counts One, Two,

1  Four and Eight. Lopez is charged in counts Six, Seven, Nine and Eleven. Toro is charged in
2  counts Six and Seven. If convicted of the most serious counts, each defendant faces a mandatory
3  minimum sentence of 10 years to life.

4      2.    Trial in this matter is currently set for Tuesday, October 3, 2023.

5      3.    Counsel in this matter is requesting that a briefing schedule be set and the trial
6  date continued for the reasons set forth below.

7      4.    Counsel for defendant Marin has determined that a motion to suppress wiretap
8  evidence is appropriate in the case. Counsel further believes that consideration of said motion is
9  required for effective representation of David Marin. The pending anticipated motion is complex
10 and may require an evidentiary hearing. A motion hearing schedule has not previously been set
11 in this matter.

12     5.    In order to have sufficient time and opportunity to file and brief the defendant
13 Marin's motion to suppress, and any other defense motions that may be appropriate; and in order
14 for the Court to have sufficient time to review, consider, hear argument and rule on any defense
15 motion, the parties are requesting that a briefing schedule be set on the motions and that the trial
16 date currently set for October 3, 2023, be continued to January 30, 2024.

17     6.    Accordingly, the parties hereby agree and stipulate that the following briefing
18 schedule and hearing date be set:

19 - Defense motions to be filed on or before September 18, 2023
20 - Government opposition to be filed on or before October 23, 2023
21 - Any defense reply to be filed on or before November 6, 2023
22 - Motion hearing to be set on November 13, 2022

23 The dates proposed are mutually agreeable dates for the parties and the parties make this request
24 with the intention of conserving time and resources for both the parties and the Court.

25     7.    The parties agree that the delay resulting from the continuance to January 30,
26 2023, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the
27 filing of a pretrial motion, through the conclusion of any hearing on the motion, and disposition
28 of the motion. The parties further agree that the delay resulting from this request shall be

1  excluded in the interests of justice, for effective defense investigation and preparation, and for
2  continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).
3
4                                          Respectfully submitted,
5                                          HEATHER E. WILLIAMS
                                           Federal Defender
6
7  Date: September 5, 2023                 */s/ Eric V. Kersten*
                                           ERIC V. KERSTEN
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          DAVID MARIN

10 Date: September 5, 2023                 */s/ Ernest Lutz*
                                           ERNEST LUTZ
11                                         Attorney for Defendant
                                           CARLOS FELIX LOPEX
12

13 Date: September 5, 2023                 */s/ Kevin P. Rooney*
                                           ERIC V. KERSTEN
14                                         Attorney for Defendant
                                           ARMANDO ACOSTA TORO
15

16                                         PHILLIP A. TALBERT
                                           United States Attorney
17

18 Date: September 5, 2023                 */s/ Jeffrey Spivak*
                                           JEFFREY SPIVAK
19                                         Assistant United States Attorney
                                           Attorney for Plaintiff
20
21
22
23
24
25
26 ///
27 ///
28 ///

# **O R D E R**

**IT IS SO ORDERED.** The trial set for October 3, 2023 is continued to January 30, 2024.

**IT IS FURTHER ORDERED THAT** a briefing schedule on defense motions is hereby set in accordance with the above. The defense motion is to be filed on or before September 18, 2023. The government opposition is to be filed on or before October 23, 202. Any defense reply is to be filed on or before November 6, 2023. A hearing on the motion is hereby set for November 13, 2023.

Time shall be excluded through January 30, 2024, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion through the disposition of the motion; and time shall be excluded in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **September 6, 2023**



UNITED STATES DISTRICT JUDGE