```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DAVID MARIN
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00256-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE; ORDER** |
| vs. | |
| DAVID MARIN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant David Marin, that the existing motion briefing schedule may be modified, with the December 18, 2023 hearing date remaining unchanged.

On September 6, 2023 a motion briefing schedule was set with motions due September 18, 2023; opposition due October 23, 2023; any reply due November 6, 2023; and the motion hearing before this court on November 13, 2023. Defense motions and the government opposition have been timely filed and the hearing on the motions has been continued to December 18, 2023. To better accommodate the schedule of defense counsel the parties request that the motion briefing schedule be modified with the due date for any reply to the previously

filed motions being extended to December 4, 2023. The motion hearing date will remain December 18, 2023.

Time has previously been excluded through the June 4, 2024 trial date. Out of an abundance of caution the parties agree any delay resulting from this request shall be excluded in the interest of justice, for effective defense investigation and preparation, and ruling on the motions pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 3, 2023

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 3, 2023

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
DAVID MARIN

**O R D E R**

IT IS SO ORDERED.

Dated:   **November 3, 2023**

UNITED STATES DISTRICT JUDGE

Marin: Stipulation to Modify Motion
Briefing Schedule; Proposed Order