PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Javier Felix LOPEZ (1)<br>David Michael MARIN (2),<br>Armando Acosta TORO (8),<br><br>Defendants. | CASE NO. 1:19-CR-00256-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>TRIAL DATE: June 4, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for Jury Trial on June 4, 2024. This case has resolved and the parties request the Court vacate the trial date and set change of plea dates for the three remaining defendants: Carlos Javier Felix LOPEZ; David Michael MARIN, and Armando Acosta TORO.

As set forth below, the parties now request, by stipulation, that the Court:

(1) vacate the June 4, 2024 trial date,

(2) set a change of plea hearing on June 24, 2024 at 9:00 am for defendants David Michael MARIN and Armando Acosta TORO,

(3) set a change of plea hearing on August 12, 2024 at 9:00 am for defendant Carlos Javier Felix LOPEZ, and

(4) exclude time under the Speedy Trial Act through the change of plea hearing dates.

///

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial on June 4, 2024. This case has resolved[1] and the parties request the Court vacate the trial date and set change of plea dates for the three remaining defendants: Carlos Javier Felix LOPEZ; David Michael MARIN, and Armando Acosta TORO.

By this stipulation, the parties now request that the Court:

 (1) vacate the June 4, 2024 trial date,

 (2) set a change of plea hearing on June 24, 2024 at 9:00 am for defendants David Michael MARIN and Armando Acosta TORO,

 (3) set a change of plea hearing on August 12, 2024 at 9:00 am for defendant Carlos Javier Felix LOPEZ, and

 (4) exclude time under the Speedy Trial Act through the change of plea hearing dates.

2. The parties agree and stipulate, and request that the Court find the following:

 a) The government has represented that the discovery associated with this case is voluminous and includes many thousands of hours of reports, financial records, and computer forensics evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

 b) Counsel for defendant desires additional time consult with his/her client, to review the current charges, to conduct further investigation and research related to the charges, to review discovery, to prepare for the plea and sentencing hearing in this case.

 c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

---

[1] Defendants Carlos Javier Felix LOPEZ and David Michael MARIN filed plea agreements on April 26, 2024 (ECF # 480 and 481). Defendant Armando Acosta TORO and the United States have reached an agreement and TORO will be finalizing his plea agreement in the next approximately two weeks.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of date of the Court's Order to August 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated:  May 2, 2024 | /s/ Ernest Lutz<br>Ernest Lutz<br>Counsel for Defendant<br>Carlos Lopez (1) |
| Dated:  May 2, 2024 | /s/ Eric Kersten<br>Erick Kersen, Assistant Federal Defender<br>Counsel for Defendant<br>David Marin (2) |

Dated:  May 2, 2024                           /s/ Kevin Rooney
                                              Kevin Rooney
                                              Counsel for Defendant
                                              Armando Toro (8)

## FINDINGS AND ORDER

The June 4, 2024 trial date is vacated.

The Court sets a change of plea hearing on June 24, 2024 at 9:00 am for defendants David Michael MARIN and Armando Acosta TORO.  For defendants David Michael MARIN and Armando Acosta TORO plea, the Court finds and orders that time be excluded between the date of the Court's Order through and including June 24, 2024 under the Speedy Trial Act for this reasons set forth in the Stipulation.

The Court sets a change of plea hearing on August 12, 2024 at 9:00 am for defendant Carlos Javier Felix LOPEZ.  For defendant Carlos Javier Felix LOPEZ, the Court finds and orders that time be excluded between the date of the Court's Order through and including August 12, 2024 under the Speedy Trial Act for this reasons set forth in the Stipulation.

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **May 3, 2024**                                              _____
                                                                      UNITED STATES DISTRICT JUDGE