1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DAVID MICHAEL MARIN
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00256-JLT-SKO

12 |            Plaintiff,     | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

13 | vs.                       |

14 | DAVID MICHAEL MARIN,      | Date: July 29, 2024
                                 Time: 9:00 a.m.
15 |            Defendants.    | Judge: Hon. Jennifer L. Thurston

16

17

18        IT IS HEREBY STIPULATED, by and between the parties through their respective

19 counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

20 Federal Defender Eric V. Kersten, counsel for David Marin, that the status conference set for

21 June 24, 2024 may be continued to July 29, 2024.

22        A signed plea agreement has been filed in this matter and this continuance is requested is

23 requested to accommodate the schedule of defense counsel, who has a scheduling conflict on

24 June 24, 2024 and needs to appear in Sacramento on that date.

25        The parties agree that the delay resulting from the continuance to July 29, 2024 shall be

26 excluded in the interests of justice, for effective defense investigation and preparation, and for

27 continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28 ///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 18, 2024

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 18, 2024

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
DAVID MARIN

# **O R D E R**

**IT IS SO ORDERED.** The status conference set for June 24, 2024 is continued to July 29, 2024. Time shall be excluded through July 29, 2024, in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **June 18, 2024**

UNITED STATES DISTRICT JUDGE