| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>DAVID MICHAEL MARIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MICHAEL MARIN,<br><br>Defendants. | Case No. 1:19-cr-00256-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER**<br><br>Date:   September 3, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for David Marin, that the change of plea hearing set for August 19, 2024 may be continued to September 3, 2024.

A signed plea agreement has been filed in this matter and it is anticipated Mr. Marin will enter the agreement at the upcoming status conference. This continuance is requested to allow time for the defense to attempt to resolve outstanding forfeiture issues prior to entry of the plea agreement. Mr. Marin is out of custody and remains in compliance with all conditions of his pretrial release.

The parties agree that the delay resulting from the continuance to September 3, 2024 shall

///

be excluded in the interests of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 15, 2024

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2024

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
DAVID MARIN

## O R D E R

**IT IS SO ORDERED.** The change of plea hearing set for August 19, 2024 is continued to September 3, 2024. Time shall be excluded through September 3, 2024, in the interests of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i).

IT IS SO ORDERED.

Dated: **August 15, 2024**

UNITED STATES DISTRICT JUDGE