HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID MICHAEL MARIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00256-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| DAVID MICHAEL MARIN, | Date:  January 21, 2025<br>Time:  9:00 a.m. |
| Defendants. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for David Marin, that the sentencing hearing set for December 2, 2024 may be continued to January 21, 2025.

Mr. Marin has entered a plea agreement and awaits sentencing. This continuance is requested because defense counsel hopes to be out of the state on December 2, 2024; and also to allow time to review additional recently disclosed discovery, and to obtain additional records relevant to sentencing. Mr. Marin is out of custody and remains in compliance with all conditions of his pretrial release.

Because this is a sentencing and Mr. Marin has already pled guilty pursuant to a plea agreement, no exclusion of time under the Speedy Trial Act is required. However, out of an

abundance of caution, the parties agree that the delay resulting from the continuance to January 21, 2025 shall be excluded in the interests of justice, for continuity of counsel, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 18, 2024		*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 18, 2024		*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
DAVID MICHAEL MARIN

## O R D E R

**IT IS SO ORDERED.** The sentencing hearing set for December 2, 2024 is continued to January 21, 2025.

IT IS SO ORDERED.

Dated:   **October 18, 2024**

UNITED STATES DISTRICT JUDGE