| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
DAVID MICHAEL MARIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00256-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| DAVID MICHAEL MARIN, | Date:   March 31, 2025 |
| Defendants. | Time:   9:00 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for David Marin, that the sentencing hearing set for January 27, 2024 may be continued to March 31, 2025.

   Mr. Marin has entered a plea agreement and awaits sentencing. This continuance is requested because defense counsel is scheduled for use or lose annual leave beginning December 23, 2024 and continuing through January 10, 2025, and also because a new client, Marvin Collins (Case No. 1:24-cr000255 JLT-SKO), has refused to exclude time and the case has been set for trial on January 28, 2025.  Given these conflicts defense counsel needs additional time to properly prepare for the Marin sentencing. David Marin is out of custody and remains in compliance with all conditions of his pretrial release.

Because this is a sentencing and Mr. Marin has already pled guilty pursuant to a plea agreement, no exclusion of time under the Speedy Trial Act is required. However, out of an abundance of caution, the parties agree that the delay resulting from the continuance to January 21, 2025 shall be excluded in the interests of justice, for continuity of counsel, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 23, 2024       */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 23, 2024       */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
DAVID MICHAEL MARIN

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing set for January 27, 2025 is continued to March 31, 2025.

IT IS SO ORDERED.

Dated:   **December 23, 2024**

UNITED STATES DISTRICT JUDGE