ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
DAVID MICHAEL MARIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MICHAEL MARIN,<br><br>　　　　　　　Defendant. | Case No. 1:19-CR-00256-JLT<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:　April 28, 2025<br>Time:　9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Jeffrey A. Spivak, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant David Michael Marin, that the sentencing scheduled for March 31, 2025 may be continued to April 28, 2025.

　　David Marin's wife, Veda Marin, suffered a serious heart attack in October 2023 and was hospitalized for approximately two weeks. She remains in poor shape. She has been unable to return to work and it is unlikely she will ever be able to do so. David Marin is Veda's primary caregiver. On the evening of March 6, 2025, Mrs. Marin's sister passed away and the loss has been devastating. This final continuance is requested to allow time for David Marin to assist with funeral arrangements, and to comfort his wife at this difficult time. This continuance is necessary to allow Mr. Marin to properly prepare for and focus on his upcoming sentencing. Mr. Marin has

complied with all conditions of his pretrial release throughout the pendency of this matter and he continues do so. The parties do not anticipate any further continuances being requested.

The parties agree that all time through the proposed April 28, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATED: March 13, 2025

/s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

DATED: March 13, 2025

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
DAVID MICHAEL MARIN

**ORDER**

**IT IS SO ORDERED**. The sentencing for David Michael Marin in Case No. 1:19-CR-00256-JLT is continued to April 28, 2025.

IT IS SO ORDERED.

Dated:   **March 13, 2025**

UNITED STATES DISTRICT JUDGE