MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:19-CR-00256-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DAVID MICHAEL MARIN, | |
| Defendant. | |

On November 20, 2024, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant David Michael Marin forfeiting to the United States the following property:

      a.     Approximately $5,450.00 in U.S. Currency, and

      b.     2011 Mercedes-Benz E350, VIN: WDDHF2EB8BA404688.

Beginning on December 31, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following entity known to have an alleged interest in the property:

    a.    Bavarian Motors: On January 10, 2025, a notice letter was sent via certified mail to Bavarian Motors, 17199 North Friant, Friant, CA 93626. On January 15, 2025, the U.S. Post Office left notice of the certified mailing for the recipient. The envelope was returned to the U.S. Attorney's Office as "unclaimed, unable to forward."

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of David Michael Marin and Bavarian Motors:

    a.    Approximately $5,450.00 in U.S. Currency, plus all accrued interest, and

    b.    2011 Mercedes-Benz E350, VIN: WDDHF2EB8BA404688.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:    **May 13, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE