ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
Fax: (559) 487-5950

Attorney for Defendant
DAVID MICHAEL MARIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID MICHAEL MARIN,<br><br>                Defendant. | Case No. 1:19-cr-00256-JLT<br><br>STIPULATION EXTEND SURRENDER TIME BY TWO HOURS; ORDER<br><br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Jeffrey A. Spivak, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, attorney at law, counsel for defendant David Michael Marin, that that his surrender time to the United States Bureau of Prisons (BOP) may be extended by two hours, from the current time of July 8, 2025 at 12:00 PM, to July 8, 2025 at 2:00 PM, with all pretrial release terms and conditions remaining in full force and effect pending surrender.

      On May 27, 2025, this court ordered David Marin to surrender to the United States Bureau of Prison on July 8, 2025, by 12:00 PM, to commence service of his previously imposed custodial sentence. (Doc, 562) The BOP has designated Mr. Marin to serve his sentence at FCI Sheridan, in Sheridan, Oregon. On or about June 8, 2025, Mr. Marin reserved air travel from Fresno to the Portland International Airport, and he reserved automobile transportation from the Portland Airport to FCI Sheridan which is located approximately 70 miles away. When making

these reservations, through oversight, Mr. Marin was not aware that he had to report to FCI Sheridan by 12:00 PM on July 8, 2025. Mr. Marins flight is scheduled to arrive in Portland at 9:50 AM on July 8, 2025, and the shuttle company has advised him his expected arrival time at FCI Sheridan is between 12:00 and 12:30 on July 8, 2025.

Defense counsel just reached out to Mr. Marin to remind him of his report date, and to review the procedures for the subsequent exoneration of his bond. Only then did Mr. Marin realize his report time is 12:00 PM, and he is concerned he will likely arrive shortly after the designated time. This two-hour extension is requested to allow time for Mr. Marin to timely report to FCI Sheridan on July 8, 2025, for service of his custodial sentence

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: July 1, 2025    /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

DATED: July 1, 2025    /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
David Michael Marin

## ORDER

**IT IS SO ORDERED**. David Michael Marin shall surrender to the United States Bureau of Prisons by 2:00 PM on July 8, 2025, to commence service of his sentence in Case No. 1:19-cr-00256-JLT.

IT IS SO ORDERED.

Dated: **July 2, 2025**

UNITED STATES DISTRICT JUDGE