ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA  93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
David Michael Marin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00256-JLT |
|---|---|
| *Plaintiff*, | APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THERETO |
| vs. | |
| DAVID MICHAEL MARIN, | |
| *Defendant* | JUDGE: Hon. Erica P. Grosjean |

Defendant David Marin hereby requests that this court order the exoneration of the $1000,000 Deed of Trust with Assignment of Rents currently on file with the Fresno County Recorder as Document #2020-0024526.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On November 15, 2019, a $100.00 bond was ordered in the above-captioned matter, to be secured by the property of David Michael Marin and Veda Colette Walker-Marin. (Doc. 50, 131). On February 27, 2020, a Deed of Trust with Assignment of Rents in the amount of $100.000 was filed with the Fresno County Recorder as Document #2020-0024526 on the property of David Michael Marin and Veda Colette Walker-Marin. The bond packet was approved by the Hon. Stanley A. Boone on February 28, 2020. (Doc. 133). On April 28, 2025, Defendant appeared in the Eastern District of before District Court Judge Jennifer L. Thurston and was sentenced to a 128-month custodial term and directed to surrender to the custody of the United States Bureau of Prisons no later than June 27, 2025. (Doc. 556). Defendant's surrender

date was then extended to July 8, 2025. (Doc. 562). On July 8, 2025, Defendant surrendered to the custody of the Bureau of Prisons as directed by reporting to FCI Sheridan, located in Sheridan Oregon. Defendant remains in custody at FCI Sheridan. (See BOP Inmate Locator for David Michael Marin, Reg. No. 55619-097, available at https://www.bop.gov/inmateloc/).

Therefore, since Defendant David Marin has satisfied the conditions of release in the Eastern District of California, he requests that the Deed of Trust (Document #2020-0024526) now on file with the Fresno County Recorder, be exonerated and title of the real property described therein be reconveyed to David Michael Marin and Veda Colette Walker-Marin.

DATED: July 12, 2025

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
David Michael Marin

**ORDER**

**IT IS HEREBY ORDERED** that the Deed of Trust with Assignment of Rents filed on February 27, 2020 with the Fresno County Recorder as Document #2020-0024526 be exonerated and that title to the property described therein be reconveyed to David Michael Marin and Veda Colette Walker-Marin.

IT IS SO ORDERED.

Dated: **July 14, 2025**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

- 2 -

Marin: Application to
Exonerate Deed of Trust