1  ERIC V. KERSTEN, CA BAR #226429
   Attorney at Law
2  1125 T Street
   Fresno, CA 93721
3  Telephone: (559) 326-6258
   eric@kerstenlegal.com
4

5  Attorney for Defendant David Michael Marin

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            No.  1:19-cr-00256-JLT-SKO

12          Plaintiff,
                                          **MOTION TO TERMINATE CJA
13      v.                                APPOINTMENT OF ERIC V. KERSTEN
                                          AS ATTORNEY OF RECORD AND ORDER**
14   DAVID MICHAEL MARIN,

15          Defendant.

16

17

18

19       On November 21, 2019, Defendant David Marin was indicted on federal charges. On

20  January 27, 2025, CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent

21  Mr. Marin in his criminal case. Mr. Marin was sentenced pursuant to a plea agreement on August

22  11, 2025. The time for filing a direct appeal was April 28, 2025. No direct appeal was filed. Mr.

23  Marin was out of custody at sentencing and timely surrendered to FCI Sheridan on July 1, 2025.

24  The trial phase of Mr. Marin's criminal case has, therefore, come to an end. Having completed his

25  representation of Mr. Marin, CJA attorney Eric V. Kersten now moves to terminate his

26  appointment under the Criminal Justice Act.

27       Should Mr. Marin require further legal assistance he has been advised to contact the

28  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

3  Dated: October 27, 2025

4  Respectfully submitted,

6  /s/ *Eric V. Kersten*
   ERIC V. KERSTEN
7  Attorney for Defendant
   David Michael Marin

**ORDER**

10  Having reviewed the notice and found that attorney Eric V. Kersten has completed the
11  services for which he was appointed, the Court hereby grants attorney Kersten's request for leave
12  to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance,
13  Defendant is advised to contact the Office of the Federal Defender for the Eastern District of
14  California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office
15  is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for
16  the reappointment of counsel to assist Defendant.

17  The Clerk of Court is directed to serve a copy of this order on Defendant David Michael
18  Marin at the following address and to update the docket to reflect Defendant's pro se status and
19  contact information.

20  David Michael Marin, Reg. # 55619-097
    FCI Sheridan
21  Federal Correctional Institution
    Satellite Camp
22  P.O. Box 6000
23  Sheridan, OR 97378

24  IT IS SO ORDERED.

25  Dated:   **October 27, 2025**            /s/ Jennifer L. Thurston
26                                            UNITED STATES DISTRICT JUDGE