**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

DAVID MICHAEL MARIN,

                        Defendant.

Case No: 1:19-cr-00256-JLT-SKO-2

ORDER GRANTING MOTION FOR PARTIAL WAIVER OF PRIVILEGES.

(Doc. 591)

        Good cause appearing, IN THE ALTERNATIVE, the United States' motion for partial waiver of Petitioner-Defendant David Michael Marin's attorney-client privilege and the work product privilege, and for the compelled discovery of responsive attorney-client communications and work product is GRANTED as follows:

        (1)    The attorney-client privilege of Defendant David Michael Marin is waived with respect to all communications between Marin and his former attorney, Eric Vincent Kersten, concerning events and facts related to defendant's claims of ineffective assistance of counsel in Defendant's Section 2255 motion in *United States v. David Michael Marin*, No. 1:19-cr-00256-JLT-SKO (E.D. Cal.).

        (2)    The work product privilege is waived with respect to the work product of attorney Eric Vincent Kersten, concerning events and facts related to Defendant's claims of ineffective assistance of counsel in his Section 2255 motion.

1

(3) Attorney Eric Vincent Kersten shall disclose to the United States all communications between him and Defendant David Michael Marin, concerning events and facts related to Defendant's claims of ineffective assistance of counsel in his Section 2255 motion.

(4) Attorney Eric Vincent Kersten shall provide the United States with a declaration addressing the communications with Defendant David Michael Marin and work product concerning events and facts related to the ineffective assistance of counsel claims presented in Defendant's Section 2255 motion and shall communicate and coordinate with government counsel to ensure that all issues are adequately addressed in the declaration.

ALTERNATIVELY, the Court orders that if the finding of waiver changes his decision on whether to proceed with his Section 2255 motion, Defendant David Michael Marin must notify this Court within 14 court days of the date of this Order by withdrawing his allegations concerning ineffective assistance of counsel in his motion. Failure to do that confirms the alternative portion of this Order finding waiver.

The United States' motion for 75-day extension of time, from the granting of the motion for partial waiver, by which to file its final response to Defendant's Section 2255 motion, is GRANTED.

Defendant may file any reply within 30 days of the date of that filing.

IT IS SO ORDERED.

Dated: **April 6, 2026**

_____
UNITED STATES DISTRICT JUDGE