UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00256-JLT-SAB-2 |
| Plaintiff, | ORDER DENYING DEFENDANT'S REQUEST FOR ENFORCEMENT OF CASE SCHEDULING |
| v. | |
| DAVID MICHAEL MARIN, | (Doc. 610) |
| Defendant. | |

David Marin is a federal prisoner proceeding *pro se* with a 28 U.S.C. § 2255 motion filed on November 24, 2025 seeking to vacate, set aside or correct his 128-month sentence for violation of 21 U.S.C. § 841(a)(1) [possession with intent to distribute methamphetamine]. He now asserts the government has not timely responded to the motion, and, consequently, requests relief. (Doc. 610).

The docket refutes Marin's assertion. The government's response was due on June 20, 2026 (Doc. 593 at 2), and it was filed that same day (Doc. 608). The response was served on Marin, by U.S. Mail, on June 23, 2026, at his address of record:

> David Michael Marin
> 55619-097
> Federal Correctional Institution
> Inmate Mail/Parcels
> P.O. Box 6000 Sheridan, OR 97378
> PRO SE

1

(Doc. 609).[1] Therefore, Marin's reply to the government's response, if any, is due by **July 20. 2026**. (Doc. 593 at 2).  Thus, Martin's request (Doc. 610) for an expedited decision on his matter or other relief is **DENIED**.

IT IS SO ORDERED.

Dated:   July 8, 2026

UNITED STATES DISTRICT JUDGE

---

[1] Marin is currently serving his sentence at FCI Sheridan, OR. *BOP Inmate Locator*, https://www.bop.gov/inmateloc/ (last visited July 7, 2026). Marin's projected release date is December 26, 2033. *Id.*